AUSA:   Susan Fairchild          Telephone: (313) 226-9577
Officer:   Elizabeth Posler          Telephone:  (313) 798-3024

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
v.
Marvin Alexander MURILLO-REYES

Case No.

Case: 2:26−mj−30424
Assigned To : Unassigned
Assign. Date : 7/15/2026
Description: RE: MARVIN
ALEXANDER MURILLO−REYES
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 9, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Unlawful Re-Entry Following Removal, Prior Felony Conviction |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Elizabeth Posler, Deportation Officer, ICE ERO
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 15, 2026 _____

_____
Judge's signature

City and state:  Detroit, MI

Honorable David R. Grand, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Elizabeth Posler, declared the following under penalty of perjury:

1.      I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since December 13, 2025. In the course of my employment I have experience investigating cases involving the violation of immigration laws by non-citizens.

2.      The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases.  I have also reviewed relevant immigration records relating to Marvin Alexander MURILLO-REYES, which reveal the following:

4.      Marvin MURILLO-REYES is a thirty-seven-year-old citizen and native of Honduras who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

5.      On or about July 03, 2011, MURILLO-REYES was arrested by the Houston Police Department, in Houston, Texas, for Theft of Property. MURILLO-REYES was convicted of the felony offense. He served 9 months' confinement and was assessed $234 in court costs.

6.      On or about July 05, 2011, MURILLO-REYES was encountered by ERO/ICE at the Harris County Jail, Texas. MURILLO-REYES was served a Notice to Appear. On October 11, 2011, an Immigration Judge ordered MURILLO-REYES removed to Honduras. On October 26, 2011, MURILLO-REYES was removed through the Houston, Texas, Port of Entry.

7.      On or about February 02, 2012, MURILLO-REYES was encountered by the United States Border Patrol near Carrizo Springs, Texas. He was arrested and processed as a Reinstatement of a Prior Order of Removal. On January 16, 2013,

MURILLO-REYES was removed to Honduras through the Dallas, Texas, Port of Entry.

8. On July 24, 2012, MURILLO-REYES was convicted in the United States Court, Western District Texas, Del Rio Division of Illegal Re-Entry into the United States after Deportation, in violation of 8 U.S.C. §1326; for this offense MURILLO-REYES was sentenced to 10 months in jail and 3 years of supervised release.

9. On or about June 07, 2014, MURILLO-REYES, was encountered by the United States Border Patrol near Why, Arizona. He was arrested and processed as a Reinstatement of a Prior Order. He was removed from the United States on June 22, 2015, through the San Antonio, Texas, Port of Entry.

10. On or about July 24, 2017, MURILLO-REYES was encountered by ERO/ICE near Detroit, Michigan. MURILLO-REYES was arrested and processed as a Reinstatement of a Prior Order of Removal. On February 01, 2019, MURILLO-REYES was removed from the United States through Alexandria, Louisiana.

11. On or about June 24, 2018, MURILLO-REYES was encountered by Allenwood ERO pursuant to the criminal alien program at the Moshannon Valley Correctional Facility in Pennsylvania. MURILLO-REYES was removed on February 01, 2019, through Alexandria, Louisiana.

12. On July 09, 2026, MURILLO-REYES was arrested by ERO/ICE officers in Detroit, Michigan during a vehicle stop.  MURILLO-REYES was the driver of the vehicle. It was determined that MURILLO-REYES was illegally present in the United States. MURILLO-REYES was arrested and transported to the Detroit Field Office where he was processed as a Reinstatement of a Prior Order of Removal and possible criminal prosecution for reentry.

13. After confirming that MURILLO-REYES had been previously removed five times from the United States and had not obtained permission to re-apply for admission to the United States, his prior order of removal was reinstated.

14. The aforementioned arrest and subsequent detention was administrative, non-criminal action made pursuant to the authority found in sections 1357,

1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who are reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15.     Review of the alien file (A# XXX XXX 823) for MURILLO-REYES, and queries in U.S. Border Patrol computer databases confirm no record exists of MURILLO-REYES obtaining the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto following his last removal on February 01, 2019.

16.     Based on the above information, I believe there is probable cause to conclude that Marvin MURILLO-REYES, is an alien, who was previously convicted of a felony offense, was found in the United States after removal, without obtaining express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States, in violation of Title 8 U.S.C. § 1326(a) and (b)(1).

_____
Elizabeth Posler, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

July 15, 2026